UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IN RE: NATURAL GAS             :           Master File No. 03-CV-6186 (VM)
COMMODITY LITIGATION      :
-------------------------------------------------------x
THIS DOCUMENT RELATES TO    :    Hon. Victor Marrero, USDJ
ALL ACTIONS                   :
-------------------------------------------------------x

## AFFIRMATION OF CRAIG PIRRONG

I, CRAIG PIRRONG, hereby state as follows:

        1.      I have authored six peer-reviewed articles on futures price manipulation as well as one book on futures price manipulation.

        2.      I have testified about futures price manipulation in various litigations in other settings.

        3.      I have consulted with Plaintiffs in this case concerning, among other things, a fair and reasonable plan of allocation.

        4.      I have reviewed various materials.  These include but are by no means limited to the expert reports submitted in this case and various series of natural gas prices.

        5.      I have formed the opinions attributed to me in Plaintiffs' Memorandum In Support Of Their Motion for Preliminary Approval of the Proposed Plan of Distribution, dated October 6, 2009.

        6.      Further, I am of the opinion that the proposed changes in my original distribution formula will be fair to Class members.

Dated:  October 6, 2009

_____/s/_____
Craig Pirrong