UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re:

Natural Gas Commodity Litigation

03 Civ 6186 (VM)(AJP)

**NOTICE OF APPEARANCE**

------------------------------------------------------------X

          **PLEASE TAKE NOTICE,** that Mark Nordlicht (Settlement Class Member Claimant No. 600195) hereby appears in the above entitled Action, and that the undersigned has been retained as counsel for Mark Nordlicht, and hereby demands that all future papers be served upon the undersigned at the address stated below.

Dated: New York, New York
       October 20, 2009

 

Saul E. Feder, Esq. (SF-3524)
REGOSIN, EDWARDS, STONE & FEDER, ESQS.
   Attorneys for Mark Nordlicht
   225 Broadway, Suite 613
   New York, New York 10007
   Tel #: (212) 616-1990
   Fax #: (212) 964-9516
   e-mail address: sfeder@resflaw.com