UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                 03 Civ 6186 (VM)(AJP)

Natural Gas Commodity Litigation                         **AGREEMENT TO BE BOUND
                                                                           BY STIPULATION AND
                                                                           PROTECTIVE ORDER**

------------------------------------------------------------X

## AGREEMENT TO BE BOUND BY STIPULATION AND PROTECTIVE ORDER

1. My name is Saul E. Feder, Esq. I am employed as a Partner by Regosin, Edwards, Stone & Feder, Esqs., 225 Broadway, Suite 613, New York, New York 10007.

2. I have received and read a copy of the Stipulation and Protective Order filed in *In Re Natural Gas Commodity Litigation* (Master File No. 3 Civ. 6186 (VM)). I understand the provisions of the Stipulation and Protective Order, and agree to comply with, and to be bound by its provisions. I attest that the scope of my employment does not currently include the marketing of natural gas, or the direct supervision of any employee or employees whose duties include the marketing of natural gas. I hereby agree to not use any "Confidential" or "Restricted Confidential" Information obtained through this proceeding to give any other Party or any competitor or customer of any Party a commercial advantage or to otherwise disclose any such Information to anyone not authorized to receive it. I further agree that my use of any "Confidential" or "Restricted Confidential" Information obtained through this proceeding will be limited to my involvement in this proceeding. I agree to protect all Confidential Information and Restricted Confidential Information in my possession and maintain it in a secure place. I hereby agree to subject myself to the jurisdiction of the United States District Court for the Southern District of New York and understand that the Court may impose sanctions on me personally and/or on my employer for any violation of the Stipulation and Protective

Order. I further agree that upon termination of this action, or sooner if so requested, I shall return all Confidential and Restricted Confidential Information provided to me, including all copies and excerpts thereof, pursuant to the terms of the Stipulation and Protective Order.

Date: October 20, 2009

Saul E. Feder, Esq. (SF-3524)
Name (type or printed)

Signature