LAW OFFICES OF
# REGOSIN, EDWARDS, STONE & FEDER

DAVID REGOSIN (1931-1977)
PAUL J. EDWARDS (1944-1964)
ROBERT M. STONE
SAUL E. FEDER
ADAM H. STONE

225 BROADWAY
NEW YORK, N.Y. 10007

TELEPHONE
(212) 619-1910
(212) 619-1990

FAX: (212) 964-9516
www.resflaw.com

March 8, 2010

Hon. Victor Marrero, United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Original Sent by:
FEDERAL EXPRESS

Re: In re: Natural Gas Commodity Litigation
    Docket No.: 03-CV0-6186(VM)(AJP)

Dear Judge Marrero:

As I am certain your records confirm, this firm represents Class Member Mark Nordlicht, who is a Party to the Action by way of Ordered Intervention.

Pursuant to the request made of lead counsel to adjourn the March 15, 2010 Hearing on Plaintiffs' Proposed Plan of Allocation (the "POA"), the undersigned consented to several alternate agreeable dates for the Hearing so as to meet everyone's available schedule.

Prior hereto I was advised by Bernard Persky, one of the lead counsel for the Plaintiffs, that the first available agreed date was April 14, 2010, and I therefore reserved same on my calendar.

I am informed today that you responded to Mr. Persky's March 3, 2010 letter to you concerning said date by advising that the matter is instead adjourned to 4 P.M. on March 30, 2010.

I must respectfully request that you reconsider said adjourned date because March 30, 2010 is the first day of Passover, and neither I nor my client can attend the Court Hearing on that date.

If April 14, 2010 is no longer convenient for the Court, please allow counsel for all parties to confer on an alternate agreeable date that is also convenient to the Court, so that all necessary Parties to this Hearing will have the opportunity to hear and be heard.

REGOSIN, EDWARDS, STONE & FEDER

Hon. Victor Marrero, United States District Judge  Page 2
March 8, 2010

Thanking you once again for your courtesy and consideration, I remain

                               Respectfully yours,

                               REGOSIN, EDWARDS, STONE & FEDER, ESQ.
                               Attorneys for Intervenor, Mark Nordlicht

                               By: _____
                                   Saul E. Feder, Esq. (SF-3524)

SEF/rc
cc:    Hon. Andrew J. Peck, Chief Magistrate Judge (via Federal Express)
       Mr. Mark Nordlicht
       Lowey Dannenberg Cohen & Hart, P.C., Attn: Geoffrey M. Horn, Esq.
         (Sent by Fax to: 914-997-0035)
       Labaton Sucharow & Rudoff LLP, Attn: Bernard Persky, Esq,
         (Sent by Fax to: 212-818-0477)
       Christopher S. Lovell, Esq. (Sent by Fax to: 212-719-4677 and
             by e-mail to: istoll@lshllp)
       Finkelstein Thompson, LLP, - Attn: Douglas G. Thompson, Esq.
         (Sent by Fax to: 202-337-8090)
       Steven R. Goldberg, Esq. (Sent by Fax to: 212-845-5102)
       Robert B. Wolinsky, Esq. (Sent by Fax to: 202-637-5910)