UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NATURAL GAS COMMODITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Master File No. 03 Civ. 6186<br><br>**ORDER** |

**VICTOR MARRERO**, United States District Judge.

By Order dated December 29, 2009, the Court preliminarily approved the proposed plan of distribution (the "Proposed Plan") and scheduled a hearing to consider final approval of the Proposed Plan on March 15, 2010. In response to a letter received from counsel for plaintiffs, dated March 3, 2010, the Court adjourned the hearing until March 30, 2010. The Court having been notified that March 30, 2010 is a religious holiday hereby orders that the hearing to consider final approval of the Proposed Plan will be held on March 26, 2010 at 9:30 a.m.

**SO ORDERED.**

Dated:   New York, New York
         9 March 2010

                                    _____
                                    Victor Marrero
                                    U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 3-9-10