LAW OFFICES OF
## REGOSIN, EDWARDS, STONE & FEDER
225 BROADWAY
NEW YORK, N.Y. 10007

DAVID REGOSIN (1931-1977)
PAUL J. EDWARDS (1944-1964)
ROBERT M. STONE
SAUL E. FEDER
ADAM H. STONE

TELEPHONE
(212) 619-1910
(212) 619-1990

FAX: (212) 964-9516
www.resflaw.com

March 25, 2010

Hon. Victor Marrero, United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312
Copy Sent by Fax to: 1(212) 805-6382

Re: In re: Natural Gas Commodity Litigation
Docket No.: 03-CV0-6186(VM)(AJP)

Dear Judge Marrero:

Having read and reviewed your Orders on the letters sent to you during the past few days by various Parties, it is my understanding that the determination following tomorrow's Hearing will be based upon the Expert Opinions that were submitted to you and the testimony and/or arguments of the speakers who appear tomorrow.

Although my client Mark Nordlicht's Expert, Dr. Robert E. Connor's Expert Opinion was already submitted to you with Nordlicht's Comments and Objections,- I note that some of the other Parties have recently resubmitted Expert Opinions to you for tomorrow's Hearing. In order to avoid any question of whether or not Dr. Robert E. Connor's Expert Opinion is part of the evidence before you for tomorrow's Hearing, I am resubmitting same to you herewith through the Southern District ECF System.

Respectfully submitted,

REGOSIN, EDWARDS, STONE & FEDER, ESQ.
Attorneys for Intervenor, Mark Nordlicht

By: _____
Saul E. Feder, Esq. (SF-3524)

SEF/rc
Encl.

REGOSIN, EDWARDS, STONE & FEDER

Hon. Victor Marrero, United States District Judge          Page 2
March 25, 2010

cc:    Hon. Andrew J. Peck, Chief Magistrate Judge (Sent by Fax to: 1-212-805-7933)
       Mr. Mark Nordlicht
       Lowey Dannenberg Cohen & Hart, P.C., Attn: Geoffrey M. Horn, Esq.
         (Sent by Fax to: 914-997-0035)
       Labaton Sucharow & Rudoff LLP, Attn: Bernard Persky, Esq,
         (Sent by Fax to: 212-818-0477)
       Christopher S. Lovell, Esq. (Sent by Fax to: 212-719-4775
       Finkelstein Thompson, LLP, - Attn: Douglas G. Thompson, Esq.
         (Sent by Fax to: 202-337-8090)
       Steven R. Goldberg, Esq. (Sent by Fax to: 212-845-5102)
       Robert B. Wolinsky, Esq. (Sent by Fax to: 202-637-5910)