UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                    :

IN RE NATURAL GAS COMMODITY     :
LITIGATION                             :

                                    :

-------------------------------------------------------------x
                                    :

THIS DOCUMENT RELATES TO: ALL    :
ACTIONS                              :

                                    :

-------------------------------------------------------------x

Master File No.
03 CV 6186 (VM)

Hon. Victor Marrero, U.S.D.J.

## NOTICE OF FILING OF LIST OF QUALIFIED CLAIMANTS

PLEASE TAKE NOTICE THAT pursuant to the Order Establishing Modified Plan of

Allocation and Awarding Plaintiffs' Compensation, dated June 7, 2010, directing Class Counsel

to file a list of qualified claimants and the amount to be paid to each qualified claimant, attached

as Exhibit A hereto is a list of all qualified claimants and the amount to be paid to each qualified

claimant by the Settlement Administrator.

Further, pursuant to the Court's Orders dated March, 26, 2010 and April 19, 2010

directing Class Counsel and the Objectors to negotiate a modified plan of allocation, Class

Counsel worked with the Settlement Administrator, Rust Consulting ("Rust"), to prepare several

different proposed revised plans of allocation.  The negotiations between Class Counsel and the

Objectors resulted in the Modified Plan of Allocation approved by the Court on June 7, 2010.

As part of the negotiation process, Class Counsel provided the Objectors with the

amounts they would receive pursuant to the Modified Plan of Allocation.  On May 19, 2010,

Rust provided Class Counsel with a spreadsheet reflecting, subject to slight adjustments noted

*infra*, each potential qualifying claimant's payment under the Modified Plan of Allocation. Class

Counsel believed the spreadsheet reflected the final amounts, again subject to slight adjustments

noted *infra*, to be distributed pursuant to the Modified Plan of Allocation.  That same day, Class Counsel provided the Objectors the amounts they would recover under the Modified Plan of Allocation and the Objectors agreed to withdraw their objections based on the results.[1]

On July 12, 2010, Class Counsel learned that the May 19, 2010 spreadsheet provided by Rust, and which formed the basis of the withdrawal of the objections by the objectors, included an incorrect allocation of $400,000 to two categories of distribution (Modified Plan of Allocation at §§ III.A.3. and IV.A.2.a.).  As a result of this mistaken over-allocation to these two categories in the May 19 spreadsheet, one objector group, the Bolling Intervenors, which is comprised of 116 claimants, would receive less overall under the Modified Plan of Allocation as approved by the Court on June 7, 2010 than they expected pursuant to the May 19 spreadsheet.  The other Objectors were not negatively impacted, on net, by this error.

After discovering this error on July 12, 2010, Class Counsel approached Rust to work out an agreement whereby Rust would forgo payment on its current outstanding invoices and anticipated costs to complete and contribute additional funds which together equal $250,000. That amount will be applied to the Bolling Intervenors' recovery in addition to amounts they will receive under the Modified Plan of Allocation.  Despite still receiving less overall than they would have under the May 19 spreadsheet, the Bolling Intervenors have accepted this arrangement.

The attached list of all qualified claimants and the amount to be paid to each qualified claimant by the Settlement Administrator reflects this additional payment.  No claimant is negatively impacted by the payment of these additional funds by Rust.

---

1    The objectors were also made aware at or about May 19, 2010 that there would be slight reductions in the final distribution amount of about ½ of one percent as two categories of distribution had not yet been included in the May 19 spreadsheet and a final determination of the amounts available for distribution had not yet occurred.

Dated:          New York, New York
                July 29, 2010

                                    LOVELL STEWART HALEBIAN
                                    JACOBSON LLP


                                    By  s/ Christopher Lovell
                                    Christopher Lovell, Esq. (CL-2595)
                                    Ian T. Stoll, Esq. (IS-3424)
                                    61 Broadway, Suite 501
                                    New York, New York 10006
                                    Telephone: (212) 608-1900



                                    s/ Geoffrey M. Horn
                                    LOWEY DANNENBERG COHEN & HART, P.C.
                                    Geoffrey M. Horn, Esq. (GH-4179)
                                    White Plains Plaza, One North Broadway
                                    White Plains, New York 10601
                                    Telephone: (914) 997-0500



                                    s/ Douglas Thompson
                                    FINKELSTEIN THOMPSON LLP
                                    Douglas Thompson, Esq.
                                    Ali Oromchian, Esq.
                                    1050 30th Street, NW
                                    Washington, D.C.  20007
                                    Telephone: (202) 337-8000


                                    s/ Bernard Persky
                                    LABATON SUCHAROW LLP
                                    Bernard Persky, Esq. (BP-1072)
                                    140 Broadway
                                    New York, New York 10005
                                    Telephone: (212) 907-0700



                                    *Co-Lead Counsel for Plaintiffs*

TO:

All Parties via Southern District of New York's ECF System

EXHIBIT A

**Natural Gas Settlement Award amounts**

| Award Amount | Name1 |
|---|---|
| $ 6,151,051.97 | LOUIS DREYFUS CORPORATION |
| $ 4,201,149.73 | HESS ENERGY TRADING COMPANY LLC |
| $ 3,479,861.09 | BP ENERGY COMPANY, AGENT |
| $ 3,193,913.62 | MARK B FISHER |
| $ 1,980,064.79 | ARCHER DANIELS MIDLAND CO |
| $ 1,851,556.85 | CARGILL INCORPORATED |
| $ 1,617,060.06 | MARK NORDLICHT |
| $ 1,401,249.90 | DOMINICK VIOLA |
| $ 1,346,554.45 | HENRY WILLIAM PERLMAN AND |
| $ 1,289,682.60 | ATMOS ENERGY MARKETING LLC |
| $ 1,289,159.60 | SCOTT ADAMS |
| $ 1,282,720.94 | KARL KOVARIK |
| $ 1,263,094.89 | HESS CORPORATION |
| $ 1,145,196.54 | ANADARKO PETROLUEM CORPORATION ET AL |
| $ 1,029,520.79 | ADM INVESTOR SERVICES INC |
| $ 834,040.07 | STEPHEN S KESSLER |
| $ 825,119.28 | SCANA ENERGY MARKETING INC |
| $ 799,408.97 | PHIBRO LLC |
| $ 745,822.72 | NESTOR PARTNERS |
| $ 709,659.87 | ZAHR TRADING LLC |
| $ 686,871.68 | LAWRENCE R ROCHE |
| $ 683,884.16 | DAVID BOIM |
| $ 597,948.18 | NATIONAL FUEL RESOURCES INC |
| $ 578,018.10 | CONECTIV ENERGY SUPPLY INC |
| $ 558,575.14 | STEVEN BERKSON |
| $ 529,245.24 | NAVIGATOR MASTER FUND LTD |
| $ 518,145.66 | MAPLERIDGE CAPITAL CORPORATION |
| $ 515,007.00 | OCCIDENTAL ENERGY MARKETING INC |
| $ 491,183.13 | ALAN HARRY |
| $ 449,834.21 | JONATHAN FLEISIG |
| $ 426,155.51 | TACHO SANDOVAL |
| $ 378,892.40 | TUCSON ASSET MANAGEMENT INC |
| $ 376,922.39 | WILLIAM KARKUT |
| $ 365,544.58 | GERALD A BOELTE |
| $ 360,861.96 | JOHN J ORLANDO |
| $ 356,784.26 | MICHAEL COSCIA |
| $ 352,229.56 | CLAIMS COMPENSATION BUREAU, AGENT |
| $ 343,763.32 | MICHAEL RASKAS |
| $ 337,218.59 | JONATHAN A MARKOWITZ |
| $ 337,120.38 | MORGAN STANLEY SPECTRUM SELECT LP |
| $ 294,254.28 | SANFORD GOLDFARB |
| $ 291,549.19 | JOHN HAMLET |
| $ 281,624.38 | THOMAS C BOYAN |
| $ 280,642.84 | ROBERT MUIR |
| $ 280,400.90 | JEFFREY C WENTWORTH |
| $ 275,397.40 | SOUTHERN UNION GAS ENERGY LTS |
| $ 272,287.83 | CLAIMS COMPENSATION BUREAU |
| $ 269,436.03 | MARK MITOLA |
| $ 257,794.39 | NICOR ENERCHANGE LLC |
| $ 246,192.69 | MILLBURN WORLD RESOURCE TRUST |

| $ | 244,547.01 | CRABEL FUND LTD CLASS A FKA CRABEL FUTURES |
|---|---|---|
| $ | 243,679.66 | GLEN PARGAMENT |
| $ | 239,125.11 | J ARON AND COMPANY |
| $ | 237,112.15 | KEITH SIMONS |
| $ | 220,755.02 | MORGAN STANLEY SPECTRUM STRATEGIC LP |
| $ | 215,427.79 | PCMG TRADING PARTNERS XII LP |
| $ | 209,514.94 | NAVIGATOR FUND LP |
| $ | 208,356.81 | C AND A PARTNERSHIP |
| $ | 206,232.19 | TITAN PROPANE LLC FKA CORNERSTONE PROPANE LP |
| $ | 204,829.05 | STOCKTON REINSURANCE INVESTMENTS LIMITED |
| $ | 198,801.89 | RICHARD A GIBBS |
| $ | 196,201.16 | KOTTKE ASSOCIATES LLC |
| $ | 189,720.11 | TATE & LYLE INGREDIENTS AMERICAS INC |
| $ | 185,029.67 | APOLLO FUND |
| $ | 184,902.76 | ERIC GREENBERG |
| $ | 182,591.05 | RON J WEINBERGER |
| $ | 178,574.06 | COLONIAL ENERGY INC |
| $ | 177,811.27 | CRABEL MAC 4 LIMITED |
| $ | 177,145.06 | JOHN KITRICK |
| $ | 176,752.24 | BLUE WHALE TRADING PARTNERS LP |
| $ | 173,775.97 | ENERGY USA-TPC |
| $ | 168,191.18 | DRW COMMODITIES LLC |
| $ | 165,997.81 | SIMON POSEN |
| $ | 164,827.83 | MORGAN STANLEY SPECTRUM TECHNICAL LP |
| $ | 163,218.04 | TUCSON ASSET MANAGEMENT INC |
| $ | 162,329.58 | WISCONSIN GAS COMPANY |
| $ | 161,361.00 | INTEGRYS ENERGY SERVICES INC |
| $ | 156,033.61 | VINCENT LANCI |
| $ | 153,830.59 | SOUTH CAROLINA PIPELINE CORP |
| $ | 150,556.74 | JOHN J FITZGERALD |
| $ | 131,514.00 | MATTHEW L JOHNSON |
| $ | 130,813.16 | SUNRISE COMMODITIES SELECT PORTFOLIO |
| $ | 128,890.21 | AIS FUTURES MANAGEMENT LLC |
| $ | 128,549.37 | CHRISTOPHER J HENWOOD |
| $ | 125,273.82 | D PRIVATE FUTURES FUND LP |
| $ | 125,174.69 | BRIAN COHEN |
| $ | 123,707.15 | MATTHEW GLEN SCHWARTZ |
| $ | 122,828.86 | RONIN CAPTIAL LLC |
| $ | 120,959.72 | JOHN T ROWLAND |
| $ | 119,175.28 | SALT RIVER PROJECT |
| $ | 111,683.53 | JOHN D POLESUK |
| $ | 110,870.59 | FTC FUTURES FUND CLASSIC |
| $ | 110,263.56 | MILLBURN INTERNATIONAL CAYMAN LIMITED |
| $ | 108,587.68 | NEIL CITRONE |
| $ | 108,292.08 | INTERSTATE GAS SUPPLY INC |
| $ | 105,931.66 | TENASKA MARKETING VENTURES |
| $ | 95,357.63 | GRANTHEM FUTURES FUND LP |
| $ | 93,076.29 | D'BEST FUTURES FUND LP DTOPS |
| $ | 91,967.78 | DPRIVATE FUTURES FUND |
| $ | 91,867.64 | CONGER FUND LP |
| $ | 88,784.75 | DAVID SCHEINMAN |
| $ | 88,261.98 | DEAN WITTER CORNERSTONE FUND III |

| | | |
|---|---|---|
| $ | 86,248.70 | STEVE KARVELLAS |
| $ | 84,564.61 | DKF TRADING PARTNERS LLC |
| $ | 84,234.36 | NIC HOLDING CORP |
| $ | 83,499.05 | RON GURMAN |
| $ | 82,624.90 | NORTHERN ILLINIOS GAS COMPANY |
| $ | 82,338.02 | SOCIETE GENERALE |
| $ | 81,141.89 | JAMES HUGHES |
| $ | 77,287.22 | AUGUST G FROMUTH |
| $ | 76,255.57 | JAMES W MCCORMACK |
| $ | 76,243.82 | TODD OLSON |
| $ | 76,150.03 | RON GILLMAN |
| $ | 74,275.76 | JOHN PROCTOR |
| $ | 74,087.43 | CHRISTOPHER JONES |
| $ | 72,152.53 | DEAN WITTER DIVERSIFIED FUND III LP |
| $ | 72,050.67 | ANDREW C STEIN |
| $ | 71,381.81 | MITCHELL STERN |
| $ | 70,774.78 | MICHAEL S THALER |
| $ | 70,226.97 | BEN YANDELL |
| $ | 69,551.12 | PAUL BECKER |
| $ | 68,975.59 | CLIFFORD BERGER |
| $ | 68,704.75 | TODD ALLEN |
| $ | 68,425.66 | PECONIC PARTNERS INTERNATIONAL FUND LTD |
| $ | 67,916.22 | CLAIMS COMPENSATION BUREAU, AGENT |
| $ | 66,251.28 | DUNN PENSION TRUST D TOPS |
| $ | 66,138.78 | MARK K ALLEN |
| $ | 65,777.74 | CLARK OIL TRADING COMPANY |
| $ | 63,641.60 | DBEST FUTURES FUND |
| $ | 62,996.02 | LAWRENCE SCHILLER |
| $ | 62,750.17 | WARREN H HELLER |
| $ | 62,659.34 | MILLBURN WORLD RESOURCE FUND LP |
| $ | 62,238.76 | DANIEL T DE LA VEGA |
| $ | 62,233.88 | ROBERT E CALLE GRACEY |
| $ | 58,982.29 | DAVID CARTWRIGHT |
| $ | 58,973.61 | MICHAEL JOSEPH SMITH |
| $ | 58,744.67 | CITGO TRADING COMPANY LP |
| $ | 58,482.74 | DEAN WITTER PORTFOLIO STRATEGY FUND |
| $ | 57,067.73 | UGI ENERGY SERVICES INC |
| $ | 56,942.11 | MILLBURN HEDGE FUND |
| $ | 56,419.83 | TRANS CANADA ENERGY LTD |
| $ | 56,109.76 | NAVIGATOR GLOBAL FUND LTD |
| $ | 55,421.10 | SALATEEN INTERNATIONAL LIMITED |
| $ | 55,177.49 | CHARLES P STEVENSON JR TRUSTTE |
| $ | 54,810.63 | PAUL J OCONNOR |
| $ | 53,421.20 | SCOTT EDWARDS |
| $ | 53,330.16 | TIMBER FALLS TRUST |
| $ | 51,694.34 | MICHAEL GANTZ |
| $ | 51,467.08 | MICHAEL D BRODER |
| $ | 51,156.76 | PETER FEDE |
| $ | 51,083.20 | ECKHARDT FUTURES LP |
| $ | 50,358.79 | PHILIP J FALCONE |
| $ | 49,998.06 | DREW MEISTER |
| $ | 49,493.32 | ROBERT RYAN |

| | | |
|---|---|---|
| $ | 48,527.54 | STEPHEN ARDIZZONE |
| $ | 48,483.01 | MICHAEL C ROTHMAN |
| $ | 47,460.41 | MICHAEL D DIGIROLAMO |
| $ | 47,441.74 | DAVID B PENN |
| $ | 47,428.43 | MICHAEL J DOYLE |
| $ | 47,306.43 | ROBERT E RICHERT |
| $ | 46,458.00 | GLOBAL MACRO TRUST |
| $ | 45,678.83 | GAM TRADING NO 11 |
| $ | 45,603.87 | CONQUEST MACRO FUND LTD |
| $ | 45,159.77 | VINCENT VIOLA |
| $ | 44,888.92 | BRANDT HERSCH |
| $ | 44,114.32 | CHS INC |
| $ | 43,071.57 | KEVIN P SMITH |
| $ | 42,442.80 | THOMAS J MCMAHON |
| $ | 42,234.07 | HAWKSBILL CAPITAL MANAGEMENT |
| $ | 41,998.00 | RICHARD A MANOOGIAN |
| $ | 40,541.85 | NICHOLAS (NICK) L SWYKA |
| $ | 40,527.61 | SPECIAL EXPLORATION CO INC |
| $ | 40,488.05 | KAREN AND WILLIAM CLARK |
| $ | 40,149.81 | MORGAN STANLEY CHARTER MILLBURN LP |
| $ | 40,051.81 | MORGAN STANLEY CHARTER MSFCM LP |
| $ | 39,913.46 | STANTON PARTNERS |
| $ | 39,518.07 | CHESAPEAKE SELECT 3XL LTD |
| $ | 39,471.58 | RDP INVESTMENT LP |
| $ | 39,116.28 | WINTON FUTURES FUND LTD |
| $ | 39,030.76 | ARTHUR J PASMAS |
| $ | 38,542.84 | MIDLAND COGENERATION VENTURE LIMITED |
| $ | 38,337.49 | SUSAN NAPPI |
| $ | 38,279.57 | ROY T OLIVER |
| $ | 38,096.65 | PAUL BALINT |
| $ | 38,003.20 | TE CRABEL PORTFOLIO LTD |
| $ | 37,814.50 | E B BROOKS JR |
| $ | 37,192.40 | RANDALL ROTHENBERG |
| $ | 37,059.46 | KALKOVEN/PETIT #2 TRADING PARTNERS LP |
| $ | 35,888.01 | FUTURES TRUTH CO |
| $ | 35,564.25 | CHINOOK FUND LLC |
| $ | 35,269.20 | SCOTT WALDMAN |
| $ | 34,450.01 | ROGER MILGRIM |
| $ | 34,257.42 | JOSEPH ANDRUSAITIS |
| $ | 33,980.34 | PETER ALLEN |
| $ | 33,974.46 | LOUIS DREYFUS ENERGY SERVICES L P |
| $ | 33,817.85 | RONALD P GLICKMAN |
| $ | 33,202.06 | WILLIAM J FENTON JR |
| $ | 32,184.04 | DOUGLAS J MCINERNEY |
| $ | 30,813.50 | SIROCCO FUND LLC |
| $ | 30,656.25 | CHARLES MCGUFFOG |
| $ | 30,290.03 | WLH TRADING LLC |
| $ | 29,842.52 | WISCONSIN ELECTRIC POWER COMPANY |
| $ | 29,602.00 | MORGAN STANLEY SPECTRUM GLOBAL BALANCED LP |
| $ | 29,375.95 | MICHAEL CAVALIERE |
| $ | 28,661.53 | MARK M FENENBOCK |
| $ | 28,569.33 | ALFREDO DINTEN |

| | | |
|---|---:|---|
| $ | 28,339.26 | THOMAS C RYAN |
| $ | 27,353.05 | CHESAPEAKE SELECT LTD |
| $ | 27,129.31 | CHRISTOPHER KENNY |
| $ | 27,049.60 | MARK J WALSH GLOBAL LP |
| $ | 26,941.21 | CRABEL FUND LP CLASS G FKA CRABEL FUTURES |
| $ | 26,551.56 | DEAN WITTER CORNERSTONE FUND II |
| $ | 26,224.52 | FRANK DISTEFANO |
| $ | 26,036.13 | CHESAPEAKE SELECT LLC |
| $ | 25,980.99 | TOUHEY, BRENDAN |
| $ | 25,031.86 | SOLARIS FUND LTD |
| $ | 23,782.62 | ETHAN MARC BRODSKY |
| $ | 23,601.46 | SUNRISE CAPITAL DIVERSIFIED, LTD. |
| $ | 22,925.61 | CLAIMS COMPENSATION BUREAU |
| $ | 22,230.89 | GERALD T FOX FOR PEOPLES ENERGY CORP |
| $ | 22,050.65 | ALEX SHERER |
| $ | 21,810.01 | CHESAPEAKE SELECT 2XL LTD |
| $ | 20,994.20 | SAMUELSEN INC |
| $ | 20,678.28 | MORGAN STANLEY CHARTER GRAHAM LP |
| $ | 20,536.43 | UNIMARKET CORP |
| $ | 20,352.60 | FRANKLIN TRADING COMPANY |
| $ | 20,236.27 | NIAGARA MOHAWK POWER COMPANY |
| $ | 20,194.78 | KEVIN MCCORMACK |
| $ | 20,108.24 | ART SMOLENSKY |
| $ | 20,076.89 | FRANCIS CLEMENTS |
| $ | 20,015.05 | CONAGRA FOODS, INC |
| $ | 19,175.45 | NAMTOR FUND |
| $ | 19,007.38 | NORTHERN INDIANA PUBLIC SERVICE COMPANY |
| $ | 18,722.31 | PERIGORD PARTNERS TGV LP |
| $ | 18,551.44 | GARY PARZIALE |
| $ | 18,381.12 | DUNN PENSION TRUST IPATS2 |
| $ | 18,341.63 | ROBERT ESSIG |
| $ | 18,140.31 | LMBI LP |
| $ | 17,980.19 | GLENCORE LTD |
| $ | 17,875.57 | KEYSPAN ENERGY SERVICES AND |
| $ | 17,600.58 | JAMES B SMITH |
| $ | 17,474.27 | MICHAEL PALELLA |
| $ | 16,768.38 | S ALEXIS S A |
| $ | 16,269.47 | LOUIS CATANIA |
| $ | 15,655.58 | BRIDGET A TWOMEY |
| $ | 15,280.87 | SNYDER BROTHERS INC |
| $ | 15,023.45 | BRAD GERSON |
| $ | 14,736.58 | DEAN WITTER DIVERSIFIED FUTURES FUND II LP |
| $ | 14,502.93 | LG & E ENERGY MARKETING INC |
| $ | 14,407.92 | MORGAN STANLEY CHESAPEAKE LP |
| $ | 14,300.47 | MATTHEW R SIMMONS |
| $ | 14,289.71 | DEAN WITTER PRINCIPAL PLUS FUND LP |
| $ | 14,222.17 | LAND O LAKES |
| $ | 13,980.95 | ALABAMA ELECTRIC COOPERATIVE INC |
| $ | 13,782.58 | AUGUST G FROMUTH |
| $ | 13,736.44 | DEAN WITTER DIVERSIFIED FUND LP |
| $ | 13,719.65 | CLAIMS COMPENSATION BUREAU, AGENT |
| $ | 13,516.14 | WILLIAM SINDEL |

| | | |
|---|---|---|
| $ | 13,391.46 | GRENADIER FUND |
| $ | 13,215.95 | DEAN WITTER MULTI PARTNER MARKET PORTFOLIO |
| $ | 13,106.71 | TED B HELMS |
| $ | 12,579.42 | BRYAN FULLER |
| $ | 12,560.20 | MICHAEL D FLETT |
| $ | 12,533.66 | THOMAS J HOLLERAN |
| $ | 12,404.82 | SYSTRAX CORP |
| $ | 12,354.01 | CHRISTIAN M SMITH |
| $ | 12,352.53 | FERRELL NORTH AMERICA |
| $ | 12,308.03 | ROZEL INVESTMENTS LIMITED |
| $ | 12,175.64 | JOHN P GANDOLFO |
| $ | 11,933.27 | ECKHARDT FUTURES CAYMAN LIMITED |
| $ | 11,928.41 | BRIAN T SMITH |
| $ | 11,798.95 | JACK KAMIN |
| $ | 11,786.91 | NOEL AND JANE CONWAY TTEES |
| $ | 11,527.47 | SUNOCO INC (R&M) |
| $ | 11,027.66 | DPRIVATE FUTURES FUND |
| $ | 10,992.53 | FRITO-LAY INC |
| $ | 10,957.57 | OM FOUNDATION LIMITED |
| $ | 10,868.60 | PIEDMONT NATURAL GAS CO INC |
| $ | 10,867.02 | CHRISTOPHER DILORENZO |
| $ | 10,838.42 | JOHN R CROWLEY AND |
| $ | 10,753.58 | ANHEUSER-BUSCH COMPANIES INC |
| $ | 10,615.92 | D PRIVATE FUTURES FUND LP |
| $ | 10,591.43 | WARREN LEE |
| $ | 10,535.47 | JAMES DELUCIA |
| $ | 10,254.66 | CHESAPEAKE PREFERRED II LLC |
| $ | 9,999.01 | DUNN TOPS LP |
| $ | 9,896.82 | DPRIVATE FUTURES FUND |
| $ | 9,881.32 | WILLIAM R CASE |
| $ | 9,603.25 | BEREN CORPORATION |
| $ | 9,568.28 | TRIUMPH FIND II LP |
| $ | 9,526.30 | PAUL F GLENN REVOCABLE TRUST |
| $ | 9,352.36 | ERIC T BOLLING |
| $ | 9,080.02 | STEVE J KRZYZEWSKI |
| $ | 8,953.87 | TENASKA GAS STORAGE LLC |
| $ | 8,871.40 | MARATHON PETROLEUM COMPANY LLC |
| $ | 8,794.07 | BENJAMIN LUCE |
| $ | 8,620.18 | JAMES W MANOOGIAN |
| $ | 8,511.95 | HD TRADING PARTNERS LP |
| $ | 8,438.22 | DUNN PENSION TRUST IPATS |
| $ | 8,427.79 | EDWIN L COX TTEE |
| $ | 8,425.69 | ROTHMAN FUND I |
| $ | 8,417.42 | KALKOVEN/PETTIT TRADING PARTNERS LP |
| $ | 8,339.59 | NORTHFILED CAPITAL FUND LP |
| $ | 8,233.24 | LAWRENCE RIGGS |
| $ | 7,987.72 | ALLEGHENY GULF INVESTMENTS INC AND |
| $ | 7,938.02 | BARRY MACKLIN |
| $ | 7,892.40 | THOMAS COUGHLIN |
| $ | 7,838.36 | FRIEDBERG GLOBAL OPPORTUNITIES FUND LTD |
| $ | 7,780.94 | FRIEDBERG DIVERSIFIED FUND |
| $ | 7,768.65 | MARK T EVANS |

| | | |
|---|---:|---|
| $ | 7,767.48 | DBEST FUTURES FUND |
| $ | 7,726.91 | IRA HOCHMAN |
| $ | 7,723.02 | DMITRY ARSHANSKY |
| $ | 7,552.54 | D'BEST FUTURES FUND LP |
| $ | 7,449.67 | JOHN MACKAY |
| $ | 7,438.18 | DUNN CAPITAL MANAGEMENT INC |
| $ | 7,427.62 | HARD ASSTS PORTFOLIO LTD |
| $ | 7,410.22 | COLIN LEECH-PORTER |
| $ | 7,265.99 | JOHN J LLOYD JR |
| $ | 7,146.95 | DPRIVATE FUTURES FUND |
| $ | 7,067.05 | DUNNS TAX EXEMPT FUTURES FUND |
| $ | 6,871.36 | STERLING R SMITH |
| $ | 6,846.22 | KENNETH MONAHAN |
| $ | 6,819.24 | D'PRIVATE FUTURES FUND LP |
| $ | 6,802.55 | DUNN PENSION TRUST XT98 |
| $ | 6,796.33 | DH TRADING PARTNERS |
| $ | 6,753.38 | DPRIVATE FUTURES FUND |
| $ | 6,599.47 | EMPIRE DISTRICT ELECTRIC COMPANY |
| $ | 6,543.95 | JOHN J LOSORDO |
| $ | 6,258.13 | GARY DEAN BLOCKER |
| $ | 6,245.80 | UNITED ENERGY MARKETING LLC |
| $ | 6,202.37 | MORGAN STANLEY STRATEGIC ALTERNATIVES LLC |
| $ | 6,179.39 | DUNNS TAX EXEPMT FUTURES FUND LP |
| $ | 6,176.75 | MORGAN STANLEY CHARTER CAMPBELL LP |
| $ | 6,115.42 | NAMTOR INCORPORATED |
| $ | 5,877.60 | ROBERT SYMANSKI |
| $ | 5,655.90 | GREENHOUSE SERVICES FOUNDATION ("GSF") |
| $ | 5,606.41 | MMBTU INC |
| $ | 5,228.23 | LACLEDE GAS COMPANY |
| $ | 5,152.76 | ECKHARDT MAC 7 LTD |
| $ | 5,117.81 | DAVID L GETZ AND |
| $ | 4,892.94 | MONNAIE COURANTE INC |
| $ | 4,881.38 | IRWIN M BERGER |
| $ | 4,869.49 | QUICKPOOL LP |
| $ | 4,858.84 | DUNN PENSION TRUST ALLANI |
| $ | 4,701.64 | TRIUMPH FUND LP |
| $ | 4,690.29 | FRIEDBERG GLOBAL OPPORTUNITIES FUND LTD |
| $ | 4,687.42 | PARTNERS IN PROPHET LTD |
| $ | 4,569.33 | BRIAN SEARS |
| $ | 4,545.81 | SJO INC |
| $ | 4,473.85 | CHESAPEAKE FUND LLC |
| $ | 4,389.47 | CHESAPEAKE 2X FUND LLC |
| $ | 4,386.93 | EXPLORERS PETROLEUM CORPORATION |
| $ | 4,262.63 | DUNN PENSION TRUST STANDARD |
| $ | 4,203.24 | VE HRD ASSETS PARTNERS LP |
| $ | 4,157.51 | SAMUEL J ST ROMAIN |
| $ | 4,152.01 | PACIFIC PALISADES LP |
| $ | 4,129.35 | HOWARD K MATTHEWS |
| $ | 4,075.08 | CITADEL ENERGY PRODUCTS LLC |
| $ | 4,060.14 | PACIFIC PALISADES LP, GLOBAL FLOWS LTD |
| $ | 4,012.99 | CHESAPEAKE ARS FUND |
| $ | 3,971.84 | D'BEST FUTURES FUND LP TOPS |

| | | |
|---|---|---|
| $ | 3,946.37 | GLOBAL ASSET FUND LTD |
| $ | 3,936.35 | FRANK D'AMATO |
| $ | 3,907.62 | NPGC FUND L P |
| $ | 3,883.66 | RAM FUND LLC |
| $ | 3,874.50 | ROBERT J PIERCE |
| $ | 3,832.36 | WILLIAM POLULIAH |
| $ | 3,790.25 | DAVID BOHAE |
| $ | 3,766.64 | CONSOLIDATED CHAOS |
| $ | 3,755.06 | NORTHERN UTILITIES INC |
| $ | 3,704.25 | MARK J WALSH |
| $ | 3,672.69 | MORGAN STANLEY JAPAN MANAGED FUTURES LLC |
| $ | 3,633.08 | ANTHONY COMUNALE |
| $ | 3,632.45 | DOW HYDROCARBONS AND RESOURCES INC |
| $ | 3,610.50 | TODD BOGAN |
| $ | 3,585.44 | JET STREAM TRADING LTD |
| $ | 3,556.66 | S A S LLC |
| $ | 3,483.05 | SC PAREX BANKA |
| $ | 3,446.62 | SEMINOLE ENERGY SERVICES LLC |
| $ | 3,426.48 | CHESAPEAKE GLOBAL MACRO |
| $ | 3,363.84 | NEIL CHAN |
| $ | 3,326.13 | DUNN PENSION TRUST MIDAS |
| $ | 3,312.15 | 146541 CANADA LTD |
| $ | 3,248.40 | JIMMIE M DAW JR |
| $ | 3,240.45 | CONQUEST MACRO FUND LLC |
| $ | 3,185.01 | CIPHER COMPOSITE FUND LP |
| $ | 3,160.42 | SAINT GOBAIN CORPORATION |
| $ | 3,158.14 | D PRIVATE FUTURES FUND LP |
| $ | 3,143.40 | DUNN TAX EXEMPT SIMONS |
| $ | 3,115.72 | DUNN PENSION TRUST F TOPS #00013954 |
| $ | 3,087.69 | ABRAHAM CARATTINI |
| $ | 3,012.77 | KENNETH S MERIN |
| $ | 2,999.90 | WILLIAM & GINGER ALLEN JR |
| $ | 2,998.80 | SCOTT L MARCHANT |
| $ | 2,982.24 | JOHN E MURPHY III |
| $ | 2,954.42 | LEE GROSSMAN |
| $ | 2,931.52 | DANIEL JOSEPH MCCARTHY REV TRUST-1999 |
| $ | 2,881.66 | CIPER DIVERSIFIED FUND (CAYMAN) LTD |
| $ | 2,802.23 | MICHAEL ROTHMAN AND |
| $ | 2,789.62 | FRIEDBERG FUTURES FUND |
| $ | 2,788.49 | CHAD GETTLEMAN |
| $ | 2,749.38 | SEMINOLE ELECTRIC COOPERATIVE INC |
| $ | 2,707.14 | JANICE BATTIN |
| $ | 2,614.47 | SPECIAL ENERGY CORP |
| $ | 2,579.33 | RICHARD CANFIELD AND |
| $ | 2,469.50 | A THOMAS SHANKS |
| $ | 2,464.82 | DAVE E POWER |
| $ | 2,457.02 | SUNCOR ENERGY MARKETING INC |
| $ | 2,392.82 | GARY BERLLY |
| $ | 2,329.14 | STOCKTON REINSURANCE INVESTMENTS LIMITED |
| $ | 2,305.80 | G D P LTD |
| $ | 2,296.46 | SUNRISE PARTNERS LIMITED PARTNERSHIP |
| $ | 2,273.22 | JAMES R NARIN |

| | | |
|---|---:|---|
| $ | 2,251.36 | SUE ANN & WILLIAM MARK LOESCH |
| $ | 2,244.97 | ROTHMAN FUND I |
| $ | 2,184.96 | GOTHAM INVESTMENT FUND LP |
| $ | 2,112.96 | JERSEY CENTRAL POWER & LIGHT COMPANY |
| $ | 2,090.57 | TRA HOLDINGS INC |
| $ | 2,069.07 | J MICHAEL WIGEN |
| $ | 2,044.87 | AGL SEPARATE LLC |
| $ | 1,995.08 | PETER SCHERER |
| $ | 1,995.00 | JEAN TZIKAS AND |
| $ | 1,990.53 | SAN MIGUEL ASSOCIATES RETIREMENT PLAN |
| $ | 1,940.25 | MICHAEL CROSSLEY |
| $ | 1,908.69 | CALVIN D SCHULTZ |
| $ | 1,889.82 | MARK ZARET |
| $ | 1,871.64 | WILCO PROPERTIES INC |
| $ | 1,841.93 | BIG TRADING PARTNERS LP |
| $ | 1,829.41 | ROBERT C ASMUS |
| $ | 1,806.95 | DOUG GOOCH |
| $ | 1,732.77 | JOHN A MORRIS |
| $ | 1,719.19 | FLAGSHIP LP |
| $ | 1,708.28 | HERBERT WEINBERGER |
| $ | 1,660.57 | JOHN F SPECIAL |
| $ | 1,659.59 | LEE A GLADISH |
| $ | 1,633.23 | ROBERT A DEMBINSKI |
| $ | 1,616.77 | KEVIN GLEN DOUGLAS AND MICHELLE M DOUGLAS |
| $ | 1,612.56 | STRATEGIC INVESTMENT ALTERNATIVES LLC |
| $ | 1,611.50 | MARK SLEEMAN |
| $ | 1,606.15 | JOHN NORRIS WORRIN |
| $ | 1,593.99 | OPEN FLOW GAS SUPPLY CORP |
| $ | 1,586.05 | DUNN PENSION TRUST MIKYLE |
| $ | 1,558.50 | TOM ANDERSON |
| $ | 1,554.75 | DUNNS TAX EXEMPT FUTURES FUND |
| $ | 1,549.37 | PPL ENERGYPLUS LLC |
| $ | 1,534.06 | SIERRA PACIFIC PRODUCTION CORP |
| $ | 1,507.97 | SALEM FUTURES FUND LP |
| $ | 1,505.14 | MARK E EHRGOTT |
| $ | 1,504.65 | STEPHEN HODSDON |
| $ | 1,502.63 | ALEJANDRO KNOEPFFLER/NEWSTOCK |
| $ | 1,501.57 | RICHARD WADNESS |
| $ | 1,500.34 | JOHN MICHAEL WALL |
| $ | 1,499.52 | SUSANNE DOROTHY WALTON |
| $ | 1,499.26 | MICHAEL JAMES WHITMORE |
| $ | 1,499.26 | A HENRY STUDEBAKER |
| $ | 1,499.26 | ANDREW C BENSON |
| $ | 1,484.15 | BELL ATLANTIC MASTER TRUST - PURE ALPHA |
| $ | 1,480.44 | SAN MIGUEL ASSOCIATES INC AND J DREIS |
| $ | 1,465.43 | ROBETR WALTER HOFFMAN |
| $ | 1,465.32 | GEORGE & CARLEEN READ |
| $ | 1,463.19 | VLAD AND YELENA KARA |
| $ | 1,460.90 | PATRICK B AND PATRICIA A COBB JTTEN |
| $ | 1,446.16 | ROBERT L CARUTHERS |
| $ | 1,411.31 | LLOYD R & RUTH A PAXTON |
| $ | 1,408.37 | WILLIAM ECKHARDT |

| $ | 1,353.67 | KENNETH J RUCH |
|---|---|---|
| $ | 1,339.39 | ROBERT S GREVES |
| $ | 1,324.82 | MAXWELL L M QUINN |
| $ | 1,310.77 | AGF INC |
| $ | 1,310.48 | STUART A JOHNSTON |
| $ | 1,307.24 | LINCOLN TRUST |
| $ | 1,305.18 | OIC ALT LIMITED PARTNERSHIP |
| $ | 1,300.65 | FRANK SICILIANO |
| $ | 1,277.66 | SIDNEY H LAZARD |
| $ | 1,268.70 | DUNN CAPITAL MANAGEMENT INC MIKYLE ST |
| $ | 1,266.76 | MOROSS LIMITED PARTNERSHIP (RED) |
| $ | 1,247.99 | MAXWELL L H QUIN |
| $ | 1,234.51 | JOHN IANELLI |
| $ | 1,207.19 | NATIONAL FUEL CORPORATION |
| $ | 1,207.06 | TIMOTHY M MCELWAIN AND |
| $ | 1,206.15 | ROBERT J TOBIAS |
| $ | 1,202.31 | FRIEDBERG TECHNICAL TRADING COMMODITIES |
| $ | 1,191.16 | ESTATE OF JOHN M ANSELMI |
| $ | 1,186.13 | TROT TRADING CORP |
| $ | 1,159.97 | GOLDMAN SACHS GLOBAL TACTICAL TRADING LLC |
| $ | 1,138.53 | ABBOTT LABORATORIES |
| $ | 1,105.53 | DAVID L BRUMME AND |
| $ | 1,078.47 | JEFFREY S EARLE AND MELODIE AJELLO |
| $ | 1,073.02 | MULTIUI CORP |
| $ | 1,069.16 | GEORGE A WAER |
| $ | 1,064.24 | SCHOONER CAPITAL LLC |
| $ | 1,060.28 | JOSEPH ZABROSKY |
| $ | 1,059.58 | RICHARD HERSHEY |
| $ | 1,048.23 | EXCELSIOR AGGRESSIVE FUND LP |
| $ | 1,029.86 | MARK SAGEL |
| $ | 1,023.11 | THEMATIC FUTURES FUND LP |
| $ | 1,013.17 | TODD WENDEL |
| $ | 995.88 | MACK OIL COMPANY INC |
| $ | 980.88 | JEONG W LEE |
| $ | 945.90 | GEORGE BUSHINGER |
| $ | 941.81 | WILLIAM MURPHY AND |
| $ | 941.53 | HERMAN DEMPERS VAN DER WESTHUIZEN |
| $ | 932.59 | DEBORAH O FROMUTH |
| $ | 931.57 | DOUG MITTELMAN TTEE |
| $ | 886.77 | LEONARD L ALFANO |
| $ | 885.93 | KURT C AND DANA SHOENHARD |
| $ | 875.64 | THOMAS C HARTY |
| $ | 873.27 | ANDERW JARECKI TTEE |
| $ | 866.16 | BELL ATLANTIC MASTER TRUST |
| $ | 851.93 | JAMES E DOUGLAS & JEAN A DOUGLAS |
| $ | 838.64 | DPRIVATE FUTURES FUND LP ORION |
| $ | 829.50 | GOLDMAN SACHS EXECUTION & CLEARING L P |
| $ | 825.38 | CHARLES CRAIG EWING |
| $ | 825.18 | DIANE LITWILLER |
| $ | 824.46 | FABIO FRANZO AND |
| $ | 814.28 | UNIMARK LLC |
| $ | 810.93 | GEORGE BUCHINGER |

| | | |
|---|---|---|
| $ | 808.79 | FRED PERLOFF AND |
| $ | 805.24 | ROBERT R HENRY |
| $ | 791.96 | DANIEL B LIPTON |
| $ | 791.72 | NOEL GOODRICH |
| $ | 789.74 | TT3 INVESTMENT PARTNERSHIP |
| $ | 778.03 | SAXON INVESTMENT CORPORATION |
| $ | 766.75 | THOMAS M BEECH |
| $ | 764.75 | SAN DIEGO COUNTY EMPLOYEE RETIREMENT ASSOCIAT |
| $ | 760.00 | RALPH B LLOYD AND |
| $ | 752.67 | JOHN S MOTT |
| $ | 752.22 | STEVEN JONES |
| $ | 752.13 | TIMOTHY D BURNHAM AND |
| $ | 751.48 | ANDREW B CHATTO |
| $ | 751.03 | SCOTT HOFFERT |
| $ | 750.70 | RYAN BRUSEWITZ |
| $ | 750.31 | MUHAMMAD RIAZ |
| $ | 750.00 | TERRY L NEFF |
| $ | 749.63 | JOSEPH RICHARD MARTIN |
| $ | 744.75 | NICK RONTOGIANNIS |
| $ | 743.66 | PERMAI US CAPITAL GROWTH LTD |
| $ | 742.54 | RONALD P STASNY |
| $ | 742.51 | MANHATTAN ADVISORY POOL I LP |
| $ | 735.33 | JOHN A AND LISA H KRCMA |
| $ | 732.23 | FLY BY NIGHT TRADING PARTNERS |
| $ | 720.46 | TRANSAMMONIA INC |
| $ | 719.21 | DUNN CAPITAL MANAGEMENT INC MIDAS |
| $ | 711.14 | TLW INVESTMENTS INC |
| $ | 711.12 | CHARLES BIELORY |
| $ | 709.81 | D'BEST FUTURES FUND LP ORION |
| $ | 707.34 | PAUL B GUZZARDO |
| $ | 703.62 | RICHARD F MALZAHN TTEE |
| $ | 692.62 | CLASS ACTION SERVICES, AGENT |
| $ | 675.76 | FCMI FINANCIAL CORP |
| $ | 660.86 | JAMES BUELL |
| $ | 647.52 | PHILIP E BABINE |
| $ | 631.96 | WILLIAM D FEENEY |
| $ | 631.38 | ERIC J OBLON |
| $ | 627.79 | INSTITUTIONAL CONSUTLING ASSOC INC |
| $ | 610.19 | ED SEYKOTA |
| $ | 606.23 | ALAN & KERRY COSNER |
| $ | 574.21 | MICHAEL P BACON |
| $ | 561.41 | ROGER A BROWN |
| $ | 556.64 | DUNNS TAX EXEPMT FUTURES FUND |
| $ | 553.70 | JAMES S BARR |
| $ | 553.44 | BRIDGEWATER PURE ALPHA TRADING COMPANY LTD |
| $ | 551.60 | TRIUMPH FUND III LP |
| $ | 538.24 | ADRIANA VANDER STARRE -VANDER WANT |
| $ | 536.99 | WILLIAM E CLAIRMONT TTEE |
| $ | 520.34 | ROY WARD |
| $ | 511.66 | KENNETH DIAMOND |
| $ | 511.65 | HEYCO INTERNATIONAL INC |
| $ | 510.28 | RANDI FISHER |

| | | |
|---|---|---|
| $ | 506.81 | DAVID KASPER |
| $ | 506.80 | JOSEPH STEO |
| $ | 504.66 | CHARLES FEDE |
| $ | 504.59 | E JEFFREY LONG |
| $ | 503.32 | JEFF SCHONDORF |
| $ | 500.00 | PRUDENTIAL DISTRIBUTORS LIMITED |
| $ | 500.00 | TERRY GERVAIS |
| $ | 500.00 | STEVE HELLER |
| $ | 500.00 | JOHN EDWARD GREER |
| $ | 500.00 | STEVEN P FOERDER |
| $ | 500.00 | MICHAEL BERGER |
| $ | 500.00 | LINDA SASENICK |
| $ | 500.00 | CRAIG BERQUIST |
| $ | 500.00 | DAVID FREUND |
| $ | 500.00 | GO GRAPHICS GROUP INC |
| $ | 500.00 | GERALD R SOUTER |
| $ | 500.00 | RICHARD WHITE |
| $ | 500.00 | DOUGLAS IRREVOCABLE DESCENDANTS TRUST |
| $ | 500.00 | TIMOTHY F JONES |
| $ | 500.00 | ROZEL INVESTMENTS LTD |
| $ | 500.00 | TONY DUTIL |
| $ | 500.00 | PAUL W DUDLEY |
| $ | 500.00 | GRAVITY INVESTMENTS |
| $ | 500.00 | ROBERT WILLIAMS |
| $ | 500.00 | TYE WYNFIELD |
| $ | 500.00 | ROBIN CLEVELAND |
| $ | 500.00 | MICHAEL VISCONTI |
| $ | 500.00 | RONALD R SALO |
| $ | 500.00 | JOHN M WUDARCKI |
| $ | 500.00 | BOYCE FAULKNER III |
| $ | 500.00 | STANLEY LEVITT |
| $ | 500.00 | BRUCE LAWRENCE |
| $ | 500.00 | ANGELA MAEBA DURAN |
| $ | 500.00 | AARDVARK FUTURES FUND LP |
| $ | 500.00 | CARSON PRYOR AND SUZY PRYOR |
| $ | 500.00 | PELLA WINDOWS AND DOORS, INC |
| $ | 500.00 | RONALD H MCGEE AND |
| $ | 500.00 | JASON DIPTEE |
| $ | 500.00 | MAXIMUS CAPITAL MANAGEMENT INC |
| $ | 500.00 | HOSCH FARMS CO |
| $ | 500.00 | ROYAL F YOUNG |
| $ | 500.00 | STEVE SLOBODSKI |
| $ | 500.00 | REBECCA M BAUM |
| $ | 500.00 | THEODORE & JUDITH ROELL TTEES |
| $ | 500.00 | MORRIS SCHLECHT |
| $ | 500.00 | ROKLEM HOLDINGS PTY LTD |
| $ | 500.00 | JAMES K NELSON |
| $ | 500.00 | SCHWARTZ INVESTMENTS |
| $ | 500.00 | MEHRDAD & MEHRZAD GAMZEHLATOVA |
| $ | 500.00 | ARAM MAGARIAN |
| $ | 500.00 | SHIAO MEI WU LIN |
| $ | 500.00 | MICHAEL OGDEN AND |

$       500.00   DESIGN HARDWARE
$       500.00   DANIEL DIPIRRO
$       500.00   WILLIAM DELERY
$       500.00   TIM BLEAKLEY
$       500.00   WALTER AND MICHELLE ETHIER
$       500.00   ANTHONY G DEMAIO
$       500.00   JOHN LANCE DAVIS
$       500.00   GOLDRUS PERMIAN AIR LLC
$       500.00   WAYNE WATSON
$       500.00   PINNACLE PARTNERS
$       500.00   GREGORY S MITCHELL
$       500.00   MORRIS SCHLECT
$       500.00   AUGUST G FROMUTH
$       500.00   JOSEPH M DREW
$       500.00   MORGAN STANLEY MARK J WALSH AND CO LP
$       500.00   JAMES A SKALA
$       500.00   DELBERT DANNEMAN
$       500.00   CHARLES R MILLISON
$       500.00   VERLAN MATHES
$       500.00   JOHN J MAGEE
$       500.00   STEVEN P POWER
$       500.00   GEG ASSOCIATES LLC
$       500.00   ROBERT MARKS JR
$       500.00   JOHN M SALMERON
$       500.00   DENNIS AND DONNA DIPIRRO
$       500.00   AUGUST G FROMUTH
$       500.00   FELDERHOFF BROS DRILLING COMPANY TEXAS
$       500.00   AUGUST G FROMUTH
$       500.00   DAVID G KNOX
$       500.00   DOUGLAS J BRAYDEN
$       500.00   GERALD W BOLFING
$       500.00   GLEN E MILLER
$       500.00   V.S. BODDICKER TTEE
$       500.00   JOE B CLIFTON
$       500.00   E K GAYLORD II
$       500.00   TINA REYNOLDS
$       500.00   AGMAN INC
$       500.00   DAVID DINSMORE AND
$       500.00   MK MINERALS INC
$       500.00   GOLDRUS PERMIAN AIR LLC
$       500.00   INTRUST TTEE
$       500.00   JOSEPH WAYNE JOHNSON
$       500.00   DISTRICT ENERGY ST PAUL INC
$       500.00   SAN MIGUEL ASSOCIATES INC
$       500.00   COOKE RANCH INC
$       500.00   RAYMOND WRIGHT
$       500.00   SPIRAL INC
$       500.00   DUNN PENSION TRUST ORION
$       500.00   FCMT FINANCIAL CORPORATION
$       500.00   MICHAEL S BONO SR
$       500.00   D PRIVATE FUTURES FUND LP
$       500.00   MATTHEW A CAMPBELL

| | | |
|---|---|---|
| $ | 500.00 | TORONTO TRUST FONDO COMUN DE INVERSION |
| $ | 500.00 | TORTUGA PARTNERSHIP |
| $ | 500.00 | DPRIVATE FUTURES FUND |
| $ | 500.00 | FRIEDBERG FUTURES FUND |
| $ | 500.00 | FRIEDBERG MERCANTILE GROUP LTD |
| $ | 500.00 | DUNNS TAX EXEMPT FUTURES FUND |
| $ | 500.00 | PATRICK R SCHUR & |
| $ | 500.00 | ROBERT WHITLEY |
| $ | 500.00 | DARREN MCLENDON |
| $ | 500.00 | RICHARD S JONES |
| $ | 500.00 | GARY D STEFFEN |
| $ | 500.00 | CLARENCE N HUNTER |
| $ | 500.00 | EDIB KORKUT |
| $ | 500.00 | PAULETTE G BELL |
| $ | 500.00 | FRANCIS FURTAK AND CHRISTINE COLE |
| $ | 500.00 | JOE E CURTIS |
| $ | 500.00 | MATTHEW DONAHUE |
| $ | 500.00 | ESTATE OF ROBERT L BAYLESS |
| $ | 500.00 | DALE HUNDT |
| $ | 500.00 | CLARISSA BOGGS OF TCK JOINT INVESTMENT |
| $ | 500.00 | KA SHING HO |
| $ | 500.00 | NORTHERN TRUST |
| $ | 500.00 | YORK MOUNTAIN FUTURES FUND |
| $ | 500.00 | EDWARD SEBASTIANO |
| $ | 500.00 | SUSAN GERIG |
| $ | 500.00 | WALTER B CROMWELL JR |
| $ | 500.00 | J M BOHAE INC |
| $ | 500.00 | TIBOR KALAMAR AND |
| $ | 500.00 | CHARLES W & ULA M FOWLKES |
| $ | 500.00 | WALTER F KORCEK AND |
| $ | 500.00 | PHYLLIS AND HILDA WILLIAMS |
| $ | 500.00 | CARL MINGS |
| $ | 500.00 | HENSALL DISTRICT COOPERATIVE INC |
| $ | 500.00 | AARON LEE LOWELL |
| $ | 500.00 | BENJAMIN A HIGDEM AND |
| $ | 500.00 | RICK D HOOD |
| $ | 500.00 | THEMATIC INVESTMENT PARTNERS LP |
| $ | 500.00 | NINO BOEZIO |
| $ | 500.00 | TROY DANNEMAN |
| $ | 500.00 | NORRIS VENTURES |
| $ | 500.00 | RAM FUND LLC |
| $ | 500.00 | ROBERT W FIKE |
| $ | 500.00 | GEORGE V SOOKIASIAN |
| $ | 500.00 | DONALD SMITH |
| $ | 500.00 | WILLIAM J BRADFORD AND SHARON L BRADFORD |
| $ | 500.00 | DIRK DE VRIES |
| $ | 500.00 | DIRK DE VRIES |
| $ | 500.00 | DAVID G CHARTIER |
| $ | 500.00 | DENNIS J STRALEY |
| $ | 500.00 | DIRK DE VRIES |
| $ | 500.00 | TABLO CORPORATION |
| $ | 500.00 | A GARY SHILLING |

| | | |
|---|---|---|
| $ | 500.00 | RICHARD S LIPSCOMB |
| $ | 500.00 | PAUL WANG |
| $ | 500.00 | ALBERT J GIETZEN |
| $ | 500.00 | LARRY T AND MARTHA K BRIDGERS |
| $ | 500.00 | JOHN L MEAGHER |
| $ | 500.00 | SARA KELLER CARTNEY |
| $ | 500.00 | RONALD J HOSCH |
| $ | 500.00 | PETER MALICK |
| $ | 500.00 | KURT A WETZLER |
| $ | 500.00 | MINMET HOLDINGS INC |
| $ | 500.00 | TIMOTHY P JONES |
| $ | 500.00 | SOPHIA TSONG AND IGNATIUS TSONG TTEES |
| $ | 500.00 | DAVID A MARTIN |
| $ | 500.00 | SAMUEL D JORDAN |
| $ | 500.00 | HIEU K NGUYEN |
| $ | 500.00 | ROBERT B KORF |
| $ | 500.00 | JOSPEH C BATTAILE |
| $ | 500.00 | JOZEF JAWORSKI |
| $ | 500.00 | SEARCY M FERGUSON JR |
| $ | 500.00 | ELMUHALAB OSMAN MOHAMED |
| $ | 500.00 | NORTHERN TRUST |
| $ | 500.00 | STEPHEN G PETERSON |
| $ | 500.00 | JOE E AND GAYLE CURTIS |
| $ | 500.00 | JERSEY CENTRAL POWER & LIGHT COMPANY |
| $ | 500.00 | LARRY A EK |
| $ | 500.00 | EDWARD H COOK |
| $ | 500.00 | JUSTISS OIL COMPANY |
| $ | 500.00 | GUTTMAN OIL COMPANY |
| $ | 500.00 | EXCELSIOR FUND LP |
| $ | 500.00 | STEPHEN SOBASKI |
| $ | 500.00 | WILLIAM C RAYMOND |
| $ | 500.00 | TIMOTHY A CASSIDAY |
| $ | 500.00 | JERRY L STARK |
| $ | 500.00 | AKVILE MARKAUSKAITE |
| $ | 500.00 | JOHN L GIBBONS AND |
| $ | 500.00 | LARRY D SHOOP |
| $ | 500.00 | BEN PITNEY AND |
| $ | 500.00 | JAORSLAW KOZIAK |
| $ | 500.00 | FRANK PETERNEL |
| $ | 500.00 | HERMAN DINSHAW |
| $ | 500.00 | GARY WHEELER |
| $ | 500.00 | RICK THOMPSON |
| $ | 500.00 | APEX INVESTMENT FUND LIMITED |
| $ | 500.00 | DAVE REITER |
| $ | 500.00 | BIRCH ASSET MANAGEMENT |
| $ | 500.00 | JASON BARTSCHI |
| $ | 500.00 | JEFFREY AND SUSAN LAYDON |
| $ | 500.00 | PETER R HALPIN PTY LTD |
| $ | 500.00 | CAROLYN ELISABETH ENSLEY |
| $ | 500.00 | CLIFTON E DEWEESE TTEE |
| $ | 500.00 | ARLENE STELMAN CARUSO |
| $ | 500.00 | WALTER F LANGENECKER |

| | | |
|---|---|---|
| $ | 500.00 | ROBERT LISHAN |
| $ | 500.00 | F JAMES & PAULA WHITTAKER JT TEN |
| $ | 500.00 | LOUISE WIGGINS AND |
| $ | 500.00 | CANFIELD AND CANFIELD COMPANY |
| $ | 500.00 | MICHAEL BERGER |
| $ | 500.00 | EARL REID |
| $ | 500.00 | JOHN D WILLIAMSON |
| $ | 500.00 | GROWTH MANAGEMENT CAPITAL CORP |
| $ | 500.00 | ENGLISH RIVER PELLETS INC |
| $ | 500.00 | METROPOLITAN EDISON COMPANY |
| $ | 500.00 | PENNSYLVANIA ELECTRIC COMPANY |
| $ | 500.00 | UMBERTO CAPONE |
| $ | 500.00 | DAVID S LANGSTON |
| $ | 500.00 | PALOMA SECURITIES LLC |
| $ | 500.00 | JOHN MUSSO |
| $ | 500.00 | REGINALD ROBERT KENT |
| $ | 500.00 | RONALD RYAN |
| $ | 500.00 | MARK R STANFORD |
| $ | 500.00 | ESTATE OF THOMAS W CONNOR |
| $ | 500.00 | SCOTT CROSBY CAMERON |
| $ | 500.00 | WALTER PONIPAL |
| $ | 500.00 | WILLIAM HANCK AND |
| $ | 500.00 | RENEE REIBER |
| $ | 500.00 | RUSSELL D SPAZIANI |
| $ | 500.00 | WAYNE ORLOWSKI |
| $ | 500.00 | LUIS A MOLINA BLANCO |
| $ | 500.00 | CITY UTILITIES OF SPRINGFIELD MISSOURI |
| $ | 500.00 | BILL & MELINDA GATES FDN PURE ALPH |
| $ | 500.00 | JERRY RUBENSTEIN |
| $ | 500.00 | EDWARD J MALLOY |
| $ | 500.00 | LILLIAN STIFF |
| $ | 500.00 | FLOYD HILL |
| $ | 500.00 | RODNEY D DIR |
| $ | 500.00 | CARL GUNN |
| $ | 500.00 | PATRICK GOSSUM |
| $ | 500.00 | NORMAN DEMERS |
| $ | 500.00 | CHARLES EDWARD CAGLE |
| $ | 500.00 | RITA F CHAMES-BEVERS |
| $ | 500.00 | STATE OF CALIFORNIA DEPARTMENT OF |
| $ | 500.00 | FRED STANTON |
| $ | 500.00 | VINCE WALDOCK |
| $ | 500.00 | WILLIAM R MATTINGLY |
| $ | 500.00 | JAMES E DOUGLAS III |
| $ | 500.00 | LEE A CHRISTENSEN |
| $ | 500.00 | JOHN F MCGILLIAN |
| $ | 500.00 | LARRY BURNS |
| $ | 500.00 | DAVID MICHAELS |
| $ | 500.00 | RICHARD D OLSON |
| $ | 500.00 | ROGER R KELLY |
| $ | 500.00 | PAUL DOUGLAS RITTMAN |
| $ | 500.00 | SCOTT HOFFMAN |
| $ | 500.00 | ROBERT TOLAND |

| | | |
|---|---|---|
| $ | 500.00 | BARTOLO G ROYBALL |
| $ | 500.00 | BRETT J BLASDEL |
| $ | 500.00 | AMALGAMATED PANDAMONEYUM |
| $ | 500.00 | LE ALLAN JOHN BUERGER AND |
| $ | 500.00 | CAROLYN URS |
| $ | 500.00 | JOHN E WOOD AND |
| $ | 500.00 | EDGAR A MCMULLEN JR |
| $ | 500.00 | ANDREW JARECKI TTEE |
| $ | 500.00 | JAMES G MORROW |
| $ | 500.00 | DAVID B CROXTON |
| $ | 500.00 | BRYAN SCOTT REDDING |
| $ | 500.00 | PAUL W GABLER AND |
| $ | 500.00 | STEVEN AND GALE SPIRA |
| $ | 500.00 | LOWELL B MCELROY AND |
| $ | 500.00 | THEODORE R GILBERT JR |
| $ | 500.00 | GFT OF NH INC |
| $ | 500.00 | STEVE LUNG |
| $ | 500.00 | CLAIMS COMPENSATION BUREAU CUST |
| $ | 500.00 | GEORGE T HUBBARD |
| $ | 500.00 | HARTSBURG GRAIN CO |
| $ | 500.00 | RET PLAN OF CITIBANK, NA & PARTICIPATING CO |
| $ | 500.00 | ALGONQUIN ADVISORS |
| $ | 500.00 | ALGONQUIN ADVISORS |
| $ | 500.00 | ALGONQUIN ADVISORS LLC |
| $ | 500.00 | KEVIN R BROWN |
| $ | 500.00 | J E CRAIGHEAD JR |
| $ | 500.00 | RONALD HAACK |
| $ | 500.00 | JOHN M DANIELS |
| $ | 500.00 | ROBERT WALKER |
| $ | 500.00 | KENNETH J CITELLI |
| $ | 500.00 | EDWARD J WACHTER |
| $ | 500.00 | HOPEWELL CAPITAL LLC |
| $ | 500.00 | MITCHELL C HALES |
| $ | 500.00 | GENE KOSCHMEDER |
| $ | 500.00 | JIPT PARTNERSHIP |
| $ | 500.00 | DAVID HUTNYAK |
| $ | 500.00 | LIVIU FILIP TOMULESCU |
| $ | 500.00 | JAMES F RANSOME |
| $ | 500.00 | SANDOR S GRAD |
| $ | 500.00 | G D P II LTD |
| $ | 500.00 | KIRK EWALD AND DIETER KAHLMANN |
| $ | 500.00 | CHARLES KRISTYNIK |
| $ | 500.00 | STEPHEN DELGADO |
| $ | 500.00 | DANIEL STEF |
| $ | 500.00 | TRADING SYSTEMS RESEARCH LTD |
| $ | 500.00 | DEAN WEST AND |
| $ | 500.00 | PAUL A GARLOCK |
| $ | 500.00 | BENJAMIN TETTEH |
| $ | 500.00 | CHRISTY GARVIN |
| $ | 500.00 | GURPREET SINGH HOTHI |
| $ | 500.00 | GEORGE & BARBARA LAWRENCE |
| $ | 500.00 | MANUEL RAMILO |

| | | |
|---|---:|---|
| $ | 500.00 | LEONEL CHAVEZ |
| $ | 462.88 | BARBARA GEBING |
| $ | 400.00 | MICHAEL FALENDYSZ AND |
| $ | 400.00 | CAROLYN D ASSELIN |
| $ | 300.00 | ROGER RHOADS |
| $ | 271.77 | STEVE H AND BETSY JOHNSON |
| $ | 270.00 | ZANE K WALKER |
| $ | 250.00 | MARK BORG |
| $ | 150.79 | TASLER INC |
| $ | 100.00 | RICHARD EWELL |
| $ | 52.06 | TERRANOVA RANCH INC |
| $ | 27.45 | PARTNERS IN PROPHET LTD |
| $ | 5.49 | RYAN TREMBLAY |
| $ | 4.92 | CAROL P MCKEE |
| $ | 1.09 | TIMETECH MANAGEMENT INC |
| $ | 0.98 | TSONG FAMILY TRUST |
| $ | 0.24 | DIANNA LEVITT |
| $ | 0.08 | THEODORE J DECK III |
| $ | - | DOUGLAS PATTON |
| $ | - | DENNIS RIEDEL |
| $ | - | EMERY McCALL |